# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BURKE,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ENENOH, et al.,<br><br>        Defendants. | Case No. 1:10-cv-01584-LJO-SKO PC<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER TO EXTEND PRETRIAL DISPOSITIVE MOTION DEADLINE BY THIRTY DAYS<br><br>(Doc. 42) |

Plaintiff Ken Burke, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2010. This action for damages is proceeding against Defendants Enenmoh and Juarez for violation of the Eighth Amendment arising out of the disruption to Plaintiff's Lamotirgine prescription.

On June 17, 2013, Defendants filed a motion seeking to modify the scheduling order to extend the pretrial dispositive motion deadline of June 24, 2013, by thirty days. Defendants subsequently filed their motion for summary judgment on July 24, 2013.

///
///
///
///
///
///

1   Good cause having been shown and in the absence of any prejudice to Plaintiff,
2 Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **July 30, 2013**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

2