1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | KEN BURKE,                                    Case No.  1:10-cv-01584-LJO-SKO PC

11 |          Plaintiff,                          ORDER GRANTING MOTION TO MODIFY
                                                  SCHEDULING ORDER TO EXTEND
12 |    v.                                        PRETRIAL DISPOSITIVE MOTION
                                                  DEADLINE BY THIRTY DAYS
13 | A. ENENOH, et al.,
                                                  (Doc. 42)
14 |          Defendants.
    | _____/

15

16        Plaintiff Ken Burke, a state prisoner proceeding pro se and in forma pauperis, filed this

17 civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2010.  This action for damages is

18 proceeding against Defendants Enenmoh and Juarez for violation of the Eighth Amendment

19 arising out of the disruption to Plaintiff's Lamotirgine prescription.

20        On June 17, 2013, Defendants filed a motion seeking to modify the scheduling order to

21 extend the pretrial dispositive motion deadline of June 24, 2013, by thirty days.  Defendants

22 subsequently filed their motion for summary judgment on July 24, 2013.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   Good cause having been shown and in the absence of any prejudice to Plaintiff,
2   Defendants' motion is HEREBY GRANTED.

3
4   IT IS SO ORDERED.

5   Dated:   **July 30, 2013**                            **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2