# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BURKE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ENENMOH, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:10-cv-01584-LJO-SKO PC<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND RECORDS TO REFLECT ACTION IS PROCEEDING AGAINST A. ENENMOH, AND DIRECTING PARTIES TO CHANGE THEIR RECORDS ACCORDINGLY |

Plaintiff Ken Burke, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 1, 2010.  This action for damages is proceeding against Defendants Enenmoh and Juarez for violation of Plaintiff's federal constitutional rights.

This action has been proceeding as *Burke v. Enenoh, et al.*, based on the spelling set forth in Plaintiff's complaint.  (Doc. 1.)  The Clerk of the Court is HEREBY DIRECTED to correct the spelling of Defendant's name from A. Enenoh to **A. Enenmoh**, and the parties shall correct their records to reflect the new case name of ***Burke v. Enenmoh, et al.***

IT IS SO ORDERED.

Dated:   **August 15, 2013**              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28